**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

HAROLD HOBBS                                                                                         PLAINTIFF
ADC #77219

V.                                               NO: 5:12CV00044 JMM

MARVIN EVANS *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE